The Honorable Ronald B. Leighton

08-CV-01511-ORD

FILED _____ LODGED
_____ RECEIVED

MAR 20 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MILES MONAHAN; DALE HOUSDEN; DAVID ROBERTS; JIM MUMFORD; CALVIN LUKKEN; BRADLEY PORTER; JAY EVENSON; AARON JESSOP; MICHAEL SWIHART; and DARREN WISHARD,

Plaintiffs,

v.

EMERALD PERFORMANCE MATERIALS, LLC, a foreign corporation,

Defendant.

No. CV8 1511 RBL

JOINT SIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF MICHAEL SWEET

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1) that all claims which Plaintiff Michael Sweet has pending against Defendant are dismissed with prejudice.

Respectfully submitted this 19th day of March, 2009.

SMITH & FJELSTAD

By: s:/ Eric J. Fjelstad
Eric J. Fjelstad, WSB #19633
Of Attorneys for Plaintiffs

ULMER & BERNE LLP

By: s:/ Mark D. Katz
Mark D. Katz, Ohio Bar #0003455
Of Attorneys for Defendant

PAGE 1 - JOINT STIPULATION OF DISMISSAL

DAVIS WRIGHT TREMAINE

By: s:/ Michael J. Killeen
Michael J. Killeen, WSB# 7838
Sheehan Sullivan Weiss, WSB#33189
Of Attorneys for Defendant

IT IS SO ORDERED THIS 20th DAY OF March, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

PAGE 2 - JOINT STIPULATION OF DISMISSAL